

FILED 02 MAY '12 11:53 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:12–CR–00226-BR |
| v. | INDICTMENT |
| GERALD LEROY BARNES II, | 26 U.S.C. §§ 5861(d) and 5871 |
| | 18 U.S.C. § 924(d) |
| Defendant. | 28 U.S.C. § 2461(c) |

## THE GRAND JURY CHARGES:

### Count 1:
### [Unlawful Possession of a Short-barreled Shotgun]

On or about April 26, 2012, within the District of Oregon, **GERALD LEROY BARNES II**, defendant herein, did knowingly and unlawfully possess a firearm, to-wit: a weapon made from a Remington Wingmaster 870, 20 gauge shotgun, serial number S530610X, having an overall length of less than 26 inches and a barrel length of less than 18 inches, that was not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## Criminal Forfeiture Allegation
### [Firearm Offense]

Upon conviction of the firearm offense alleged above, **GERALD LEROY BARNES II**, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in that offense, to-wit: a weapon made from a Remington Wingmaster 870, 20 gauge shotgun, serial number S530610X, having an overall length of less than 26 inches and a barrel length of less than 18 inches, and all the ammunition associated with the firearm.

DATED this ___/___ day of May 2012.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL, OSB # 953473
United States Attorney
District of Oregon

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Page 2 - Indictment