IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3:12-cr-00226-BR-1 |
| PLAINTIFF, | |
| v. | DEFENDANT'S PROPOSED VOIR DIRE |
| GERALD LEROY BARNES II, | |
| DEFENDANT. | |

Mr. Barnes, through his lawyer, Anthony Schwartz, proposes a few general questions regarding gun rights and gun ownership.

1. How strongly do you believe in 2nd Amendment gun rights?

2. Should a felony conviction forever strip an individual's 2nd Amendment right to keep and bear arms?

3. On a scale of 1-10, with 1 being the weakest and 10 the strongest, how would you rate your personal desire to see firearms regulated by the government?

4. What regulation of firearms, if any, is reasonable to you?

DATED this August 9, 2013

s/ Anthony C. Schwartz<br>
Anthony C. Schwartz